

**IN THE**
**TENTH COURT OF APPEALS**

---

**Nos. 10-23-00298-CR; 10-23-00299-CR; 10-23-00300-CR; 10-23-00301-CR; 10-23-00302-CR; 10-23-00303-CR; 10-23-00304-CR; 10-23-00305-CR; 10-23-00306-CR; 10-23-00307-CR; 10-23-00308-CR; 10-23-00309-CR; and 10-23-00310-CR**

**IN RE DAVID CORNETT**

---

**Original Proceeding**

**From the 40th District Court**
**Ellis County, Texas**
**Trial Court Nos. 37235CR, 37236CR, 37237CR, 37238CR, 37239CR, 37240CR, 37241CR, 37242CR, 37243CR, 37244CR, 37245CR, 37246CR, and 37247CR**

---

**MEMORANDUM OPINION**

---

Relator, David Cornett, was convicted of 13 offenses in 2015. In 13 petitions for a writ of mandamus, filed on October 10, 2023, relator requests that we order the respondent, the judge of the 40th District Court in Ellis County, to reform the judgments in all 13 convictions to delete the cumulation orders and render new judgments ordering the 13 sentences to run concurrently.

There are procedural problems with these petitions, such as, respondent and real party in interest, the State, were not served as required by the Texas Rules of Appellate

Procedure.  *See* TEX. R. APP. P. 9.5.  However, to expedite this decision, we use Rule 2 to suspend the operation of these rules.  TEX. R. APP. P. 2.

As we have previously informed relator, *see In re Cornett*, No. 10-22-00191-CR, 2022 Tex. App. LEXIS 4470 (Tex. App.—Waco June 29, 2022, orig. proceeding) (not designated for publication), his complaint is a post-conviction attack on otherwise final judgments of felony convictions.  We have no jurisdiction to grant post-conviction relief in an attack on a final felony conviction.  *See* TEX. CRIM. PROC. arts. 11.07; 11.05; *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) ("[The Court of Criminal Appeals is] the only court with jurisdiction in final post-conviction felony proceedings.").  Relator's relief, if any can be obtained, is through an article 11.07 writ proceeding which relator asserts he has already attempted without success.

Accordingly, relator's petitions for a writ of mandamus are denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Petitions denied
Opinion delivered and filed October 26, 2023
Do not publish
[OT06]

